PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MIGUEL MAGANA MARTINEZ<br><br>            Defendant. | CASE NO. 5:23-MJ-00021-CDB<br><br>MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the Complaint in this case. On June 8, 2023, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: June 8, 2023

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>      v.<br><br>MIGUEL MAGANA MARTINEZ<br><br>                         Defendant. | CASE NO. 5:23-MJ-00021-CDB<br><br>ORDER TO UNSEAL CASE |

   Good cause appearing due to the defendant's pending initial appearance, it is ordered that the Compalint in the case be UNSEALED.

IT IS SO ORDERED.

Dated:   **June 8, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

2