PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | STIPULATION TO VACATE DETENTION HEARING; ORDER |
| v. | |
| MIGUEL MAGANA MARTINEZ | |
| Defendant. | |

The parties submit on the recommendation of pretrial services, dated June 9, 2023, and agree the defendant, Miguel Martinez, should be detained pending trial on the basis of flight pursuant to 18 U.S.C. §§ 3142(f)(2)(A), and (g)(1) through (g)(4). The parties also agree the detention hearing scheduled for June 15, 2023, before the Hon. Barbara A. McAuliffe, can be vacated.

///

///

///

1    IT IS SO STIPULATED.

2

3    Dated:  June 13, 2023                                    PHILLIP A. TALBERT
                                                              United States Attorney
4

5                                                             */s/ Joseph Barton*
                                                              Joseph Barton
6                                                             Assistant United States Attorney

7

8    Dated:  June 13, 2023                                    */s/ Alekxia Torres-Stallings*
                                                              Alekxia Torres-Stallings
9                                                             Counsel for Miguel Martinez

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MAGANA MARTINEZ<br><br>Defendant. | CASE NO. 5:23-MJ-00021-CDB<br><br>ORDER |

For good cause shown, the court adopts the recommendation of pretrial services, dated June 9, 2023, and finds that the defendant, Miguel Martinez, should be detained pending trial on the basis of flight pursuant to 18 U.S.C. §§ 3142(f)(2)(A), and (g)(1) through (g)(4). The detention hearing that is scheduled for June 15, 2023, before the Hon. Barbara A. McAuliffe, is vacated.

IT IS SO ORDERED.

Dated:  **June 14, 2023**           /s/ *Barbara A. McAuliffe*           
                                    UNITED STATES MAGISTRATE JUDGE

3