PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| MIGUEL MAGANA MARTINEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. The complaint was filed in this district on June 1, 2023, and the defendant made his initial appearance on June 9, 2023. The Court scheduled a preliminary hearing for June 23, 2023.

2. The parties agree to continue the preliminary hearing until August 25, 2023, at 2:00 p.m., before the duty Magistrate Judge.

3. The parties agree that good cause exists for the extension because the extension is required to allow the defense reasonable time for preparation and for the government's continuing investigation of the case. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Finally, the parties agree that the period from June 15, 2023, through August 25, 2023, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

1

IT IS SO STIPULATED.

Dated:  June 15, 2023            PHILLIP A. TALBERT
                                                   United States Attorney

                                                   */s/ Joseph Barton*
                                                   Joseph Barton
                                                   Assistant United States Attorney

Dated:  June 15, 2023            */s/ Alekxia Torres-Stallings*
                                                   Alekxia Torres-Stallings
                                                   Counsel for Miguel Martinez

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MIGUEL MAGANA MARTINEZ, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defense reasonable time for preparation and for the government's continuing investigation of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

///

///

///

3

Therefore, for good cause shown:

1. The preliminary hearing is continued from June 23, 2023, until **August 25, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean,** and the defendant shall appear at that time before the Magistrate Judge on duty; and

2. The period from June 15, 2023, through August 25, 2023, shall be excluded.

IT IS SO ORDERED.

Dated: __**June 15, 2023**__                    ____/s/ *Barbara A. McAuliffe*____
                                                           UNITED STATES MAGISTRATE JUDGE