PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME; ORDER THEREON |
| v. | |
| MIGUEL MAGANA MARTINEZ, | |
| Defendant. | |

The parties stipulate as follows:

1. The complaint was filed in this district on June 1, 2023, and the defendant made his initial appearance on June 9, 2023. The Court scheduled a preliminary hearing for June 23, 2023.

2. The government subsequently produced initial discovery to Mr. Martinez's counsel.

3. Pursuant to the parties' agreement, the preliminary hearing was initially continued until August 25, 2023, with an appropriate time exclusion to allow defense reasonable time for preparation.

4. The parties now agree to further continue the preliminary hearing until September 22, 2023. The parties agree that good cause exists for the extension because the extension is required to allow the defense reasonable time for preparation. The parties also agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Finally, the parties agree that the period from August 25, 2023, through September 22,

1

1  2023, should be excluded.  Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

2      IT IS SO STIPULATED.

| Dated:  August 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | */s/ Joseph Barton*<br>Joseph Barton<br>Assistant United States Attorney |
| Dated:  August 1, 2023 | */s/ David Torres*<br>David Torres<br>Counsel for Miguel Martinez |

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00021-CDB |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL MAGANA MARTINEZ, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defense reasonable time for preparation. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Therefore, for good cause shown:

1. The preliminary hearing is continued from August 25, 2023, until September 22, 2023, at 2:00 p.m. and the defendant shall appear at that time before the Magistrate Judge on duty; and

///

///

3

2. The period from August 25, 2023, through September 22, 2023, shall be excluded.

IT IS SO ORDERED.

Dated:   **August 2, 2023**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

4