1  TORRES | TORRES STALLINGS
   A LAW CORPORATION
2  David A. Torres, SBN135059
3  1318 K. Street
   Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   MIGUEL MAGANA MARTINEZ

7                    UNITED STATES DISTRICT COURT
8                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,         Case No. 5:23-MJ-00021 CDB
11        Plaintiff,
12     v.                             STIPULATION AND ORDER TO
                                      CONTINUE ARRAIGNMENT AND PLEA
13  MIGUEL MAGANA MARTINEZ,           OR PRELIMINARY HEARING
14        Defendants.
15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA
17  MCAULIFFE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:
18        **COMES NOW** Defendant, MIGUEL MAGANA MARTINEZ, through his attorney of
19  record, DAVID A. TORRES, hereby requests that the Arraignment & Plea re: Indictment or
20  Preliminary Hearing currently set for Friday, September 22, 2023, be continued to Monday,
21  September 25, 2023.
22        Counsel for Mr. Magana Martinez is scheduled to attend the swearing-in of his son-in-
23  law, Brandon Stallings as California State Bar President on Friday, September 22, 2023, in Los
24  Angeles, California. Counsel met with Mr. Magana Martinez today, September 20, 2023, via
25  Zoom, Mr. Magana Martinez has no objection to the continuance.
26        The parties now agree to continue the preliminary hearing until September 25, 2023. The
27  parties agree that good cause exists for the extension because the extension is required to allow
28  the defense reasonable time for preparation and to ensure continuity of counsel. The parties also

1  agree that the interests of justice served by granting this continuance outweigh the best interests
2  of the public and the defendant in a speedy trial. Finally, the parties agree that the period from
3  September 22, 2023, through September 25, 2023, should be excluded. Fed. R. Crim. P. 5.1(d);
4  18 U.S.C. §3161(h)(7)(A) and (h)(7)(B)(iv).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 20, 2023

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Miguel Magana Martinez

DATED: September 20, 2023

*/s/Joseph Barton*
JOSEPH BARTON
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Arraignment & Plea re: Indictment or Preliminary Hearing currently set for Friday, September 22, 2023. be continued to **Monday, September 25, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **September 20, 2023**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE